# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-233 (KMM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Donald Ray Sanderson (1), and <br> Lindsey Wade Stolpa (2), | |
| Defendant. | |

This matter comes before the Court on the Defendant Donald Ray Sanderson's Motion for Extension of Time to File Motions, ECF No. 26. Defendant Sanderson has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 28.

Defendant requests that the motions filing date and the motion hearing date be continued by 60 days. ECF No. 26. Defendant states that he needs additional time to review the discovery produced in this case. *Id.* The Government has no objection to the requested extension. *Id.* Because this is a joint case, the motions filing deadline will be continued for both Defendant Sanderson and Defendant Lindsey Wade Stolpa. Defendant Sanderson also seeks an exclusion under the Speedy Trial Act. ECF No. 28. The Court will exclude time as to Defendants Sanderson and Stolpa.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants Sanderson

and Stolpa in a speedy trial and such continuance is necessary to provide Defendants Sanderson and Stolpa and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Sanderson's Motion for Extension of Time to File Motions, ECF No. 26, is **GRANTED**.

2. The period of time from **the date of this Order through November 26, 2024,** shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **December 17, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 26, 2024**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

5. **Counsel must electronically file a letter on or before November 26, 2024 if no motions will be filed and there is no need for hearing.**

6. All responses to motions must be filed by **December 10, 2024**. *See* D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **December 10, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

8.  Any Responsive Notice of Intent to Call Witnesses must be filed by **December 13, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

9.  A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.  The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.  Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **December 17, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

11. **TRIAL:**

    a.  **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

Counsel is encouraged to consult and identify joint proposed jury instructions. All voir dire questions and jury instructions together with any exhibit and witness lists shall be filed on or before *a date to be determined*.

Trial will commence before District Judge Katherine M. Menendez on *a date to be determined*, in **Courtroom 14W**, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Menendez to confirm the new trial date.**

Dated: September 25, 2024                      */s/ Tony N. Leung*
                                                   Tony N. Leung
                                                   United States Magistrate Judge
                                                   District of Minnesota

                                                 *United States v. Sanderson*
                                                 Case No. 24-cr-233 (KMM/TNL)